## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

RYAN PALMER                                                                                    PLAINTIFF

VS.                        CIVIL ACTION NO. 4:13CV00319 DPM/JTR

WAL MART STORES INC.                                                           DEFENDANT

### ORDER

The parties have reached a settlement following a conference before United States Magistrate Judge J. Thomas Ray held on 06/26/2014.  The settlement agreement which the Court dictated into the record is filed **UNDER A CONFIDENTIALITY AGREEMENT** therefore its content shall not be disclosed without a court order.

IT IS SO ORDERED, this 26th day of June, 2014.

_____
UNITED STATES MAGISTRATE JUDGE