## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**RYAN PALMER**                                    **PLAINTIFF**

v.                          **No. 4:13-cv-319-DPM**

**WAL-MART STORES INC.**                           **DEFENDANT**

### JUDGMENT

This case has settled.  Palmer's complaint is dismissed with prejudice.

FED. R. CIV. P. 41(a)(1)(A)(ii).

_____
D.P. Marshall Jr.
United States District Judge

28 July 2014